No. 91–8584. PONTICELLI v. FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* granted.

Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Espinosa* v. *Florida,* 505 U. S. 1079 (1992).